# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

June 17, 2025

*Via ECF*

Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. McDuffie et al., 24-cr-514</u>

Dear Judge Amon:

    We represent Melquan McDuffie in the above-referenced matter. We write to respectfully request a brief extension of the deadline for Mr. McDuffie's sentencing letter, which is due tomorrow, June 18, 2025. The undersigned just finished a six-week trial before Judge Gujarati, and respectfully requests a few additional days to adequately prepare Mr. McDuffie's sentencing letter. We have spoken with Assistant United States Attorney Vincent Chiappini, and he does not oppose this request as long as he receives additional time to respond.

    We therefore respectfully request that Mr. McDuffie's sentencing letter be due on June 23, 2025, and that the government's response be due on June 30, 2025.

Respectfully submitted,

*Celia A. Cohen*

Celia Cohen

cc: Assistant United States Attorney Vincent Chiappini